# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 6:25-cr-10132-EFM**

**SKYLER D. IMEL,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ARSON**
**[18 U.S.C. § 844(i)]**

On or about March 16, 2023, in the District of Kansas, the defendant,

**SKYLER D. IMEL,**

did maliciously damage and destroy, by means of fire and explosive, a building and real property used in interstate commerce and in activities affecting interstate commerce, to wit: the property consisting of the building of Water's Edge Apartments, apartment #116, located at 400 West Central, Wichita, Kansas.

In violation of Title 18, United States Code, Section 844(i).

## COUNT 2

**ATTEMPT TO COMMIT ARSON**
**[18 U.S.C. § 844(i)]**

On or about March 17, 2023, in the District of Kansas, the defendant,

**SKYLER D. IMEL,**

did maliciously attempt to damage and destroy, by means of fire and explosive, a building and real property used in interstate commerce and in activities affecting interstate commerce, to wit: the property consisting of the building of Water's Edge Apartments, apartment #2502, located at 400 West Central, Wichita, Kansas.

In violation of Title 18, United States Code, Sections 844(i).

## COUNT 3

**POSSESSION OF AN UNREGISTERED FIREARM**
**[26 U.S.C. § 5861(d)]**

On or about March 17, 2023, in the District of Kansas, the defendant,

**SKYLER D. IMEL,**

knowingly possessed a firearm, namely, a destructive device as defined in Title 26, United States Code, Section 5845(a)(8) and (f), to wit: an improvised incendiary bomb, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL.

| | |
|---|---|
| November 25, 2025 | s/Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Ks. S. Ct. No. 29178

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

**Counts 1-2: 18 U.S.C. § 844(i)&(n) – Arson and Attempt to Commit Arson**

- Punishable by a term of imprisonment of not less than five (5) and not more than twenty (20) years. 18 U.S.C. § 844(i).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3) and (e).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture

**Count 3: 26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm**

- Punishable by a term of imprisonment of not more than ten (10) years. 26 U.S.C. § 5871.
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3) and (e).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.